UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN LINVILLE,

        Petitioner,

   v.

UNKNOWN,

        Respondent.

No.  2:22-cv-0057 AC P

ORDER

      Petitioner has requested a sixty-day extension of time to file a petition for writ of habeas corpus.  The Court notes for the record that Petitioner has yet either to pay the filing fee or to file an in forma pauperis application as he was directed to do in the Court's order issued January 18, 2022.  See ECF No. 3.  Petitioner will be directed a final time to comply with this directive, and his motion for an extension of time will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's motion for an extension of time (ECF No. 5) is GRANTED;

      2. Within sixty days from the date of this order, Petitioner shall file a petition for writ of habeas corpus;

      3. Petitioner's filing of the petition must adhere to the instructions in the Court's order issued January 18, 2022 (ECF No. 3);

////

4. Pursuant to the Court's order issued January 18, 2022 (ECF No. 3), within sixty days of the date of this order, Petitioner shall also either pay the filing fee or submit an application to proceed in forma pauperis, and

5. The Clerk of Court is directed to send Petitioner second copies of: (a) the Court's form for filing a petition for writ of habeas corpus, and (b) an application to proceed in forma pauperis.

Petitioner is cautioned that failure to comply with the Court's orders will result in a recommendation that this matter be dismissed.

DATED: February 24, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE