UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LINVILLE, | No.  2:22-cv-0057 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| G. MATTESON, | |
| Respondent. | |

Petitioner has requested a sixty-day extension of time to file a traverse.  ECF No. 22.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's request for an extension of time (ECF No. 22) is GRANTED, and

2.  Within sixty days from the date of this order, petitioner shall file his traverse.

DATED: September 28, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE